# EXHIBIT 1

*Capitol Records, LLC, et al. v. Mellerski, et al.*

# John Mark Ossenmacher's Fraudulent Scheme to Conceal Assets from Plaintiffs and Transfer Them to His Insiders

**<u>Judgment debtor:</u>**
(June 3, 2016 -- consent judgment entered)

**<u>The assets:</u>** March 9, 2014 -- Ossenmacher enters into the 2014 Sale Contract and acquires the right to buy the Golfview Road Property. May 27, 2016 -- Ossenmacher enters into 2016 Sale Contract to flip property, *one week before stipulated consent judgment entered.*

**<u>The fraudulent transfers:</u>** June 27-28, 2016 -- Ossenmacher assigns his rights under the 2014 and 2016 Sale Contracts to buy and sell Golfview Road Property to 17 Golfview Road Land Trust, the land trust that he controls, *24 days after Plaintiffs' judgment was entered against him.*

**<u>Mere conduit:</u>**
(June 25, 2016 -- land trust created)

**<u>The flip:</u>** June 28, 2016 -- Ossenmacher's land trust, 17 Golfview Road Land Trust, buys the Golfview Road Property for $8.95 million. On the next day, June 29, 2016, 17 Golfview Road Land Trust "flips" the Golfview Road Property for $12.9 million for a *profit of $3.447 million.*

**<u>The profits divided:</u>** Ossenmacher directs the trustee of 17 Golfview Road Land Trust to distribute all but $140K of $3.447 million to Ossenmacher and his insiders, *27 days after Plaintiffs' judgment was entered against him* . Remaining $140K went to OWM LLC and a non-defendant.

**<u>Transferees:</u>**

**<u>The insider transferees:</u>** Ossenmacher directed nearly all of the profit on the "flip" -- $3.307 million -- to two insiders: (1) **Mellerski**, Ossenmacher's co-habitating girlfriend; and (2) **Transfer Trust, LLC**, which Ossenmacher organized *13 days after Plaintiffs' judgment was entered against him.*

**<u>Ultimate beneficiary:</u>**
(Aug. 3, 2016 -- Ossenmacher files bankruptcy)

**<u>The result:</u>** Ossenmacher ended up with dominion and control *over $3.307 million in cash* . Yet he filed bankruptcy 34 days later, falsely claiming under penalty of perjury to have only $4,700 of assets, and he also failed to disclose any of these interests and transactions on his sworn statement of financial affairs.

