**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:22-cv-80380-AMC**

CAPITOL RECORDS, LLC; and CAPITOL CMG, INC.,

      Plaintiffs,

  v.

JULIA MELLERSKI (a/k/a JULIA MILLER, a/k/a J.L. MILLER, a/k/a JULIA OSSENMACHER); JOHN MARK OSSENMACHER; JASON JOHN OSSENMACHER; TRANSFER TRUST, LLC; and OWM, LLC,

      Defendants.         /

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiffs Capitol Records, LLC and Capitol CMG, Inc. (together, "Plaintiffs") submit the following corporate disclosure statement:

Plaintiffs' ultimate parent corporation is Universal Music Group, N.V., a Netherlands public limited company. No publicly held corporation owns 10% or more of any of Plaintiffs' stock.

Dated: March 11, 2022

                                  Respectfully submitted,

                                  Fox Rothschild LLP
                                  777 S. Flagler Drive
                                  Suite 1700—West Tower
                                  West Palm Beach, FL 33401
                                  Tel.: (561) 804-4419

                              By:   *s/Heather L. Ries*
                                     Heather L. Ries
                                     FBN: 581933
                                     hries@foxrothschild.com
                                     wpbeservice@foxrothschild.com

                                  *Attorneys for Plaintiffs*
                                  Capitol Records, LLC and Capitol CMG, Inc.

131794850.1