**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:22-CV-80380-BER**

CAPITOL RECORDS, LLC; and CAPITOL CMG, INC.,

      Plaintiffs,

v.

JULIA MELLERSKI (a/k/a JULIA MILLER, a/k/a J.L. MILLER, a/k/a JULIA OSSENMACHER); JOHN MARK OSSENMACHER; JASON JOHN OSSENMACHER; TRANSFER TRUST, LLC; and OWM, LLC,

      Defendants.

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.4, the Plaintiffs, Capitol Records, LLC and Capitol CMG, Inc. (the "Plaintiffs") and the Defendants, Julia Mellerski ("Mellerski"), John Mark Ossenmacher ("Ossenmacher Sr."), Jason John Ossenmacher ("Ossenmacher Jr."), Transfer Trust, LLC ("Transfer Trust") and OWM, LLC ("OWM", and collectively with Mellerski, Ossenmacher Sr., Ossenmacher Jr., and Transfer Trust, the "Defendants"), (hereinafter the "Parties") by and through their undersigned counsel, give the Court notice that the Parties have executed a binding settlement term sheet resolving all claims that have been or could be asserted in this litigation. The Parties intend to further memorialize the settlement through a Consent Decree which they will jointly request the Court to enter.

Accordingly, the Parties hereby request that the Court strike the trial date and all other pending deadlines and grant the Parties 30 days to submit to the Court their proposed Consent Decree and to submit any other documents related to the dismissal of this civil action.

Dated: June 5, 2025

1

        Respectfully submitted,

        FOX ROTHSCHILD LLP
        777 S. Flagler Drive, Ste. 1700—West Tower
        West Palm Beach, FL 33401
        Tel.: (561) 804-4419

        By:    s/*Heather L. Ries*
                  Heather L. Ries
                  FBN: 581933
                  hries@foxrothschild.com
                  wpbeservice@foxrothschild.com

        KATTEN MUCHIN ROSENMAN LLP
        525 W. Monroe St.
        Chicago, IL 60661
        Tel.: (312) 902-5665

        By:    Terence G. Banich (admitted *pro hac vice*)
                  Illinois Bar No.: 6269359
                  terence.banich@katten.com

*Attorneys for Plaintiffs*
Capitol Records, LLC and Capitol CMG, Inc.

        ASSOULINE & BERLOWE, P.A.
        Miami Tower
        100 SE 2nd Street, Suite 3650
        Miami, FL 33131
        Tel.: (305) 567-5576

        By:    s/*Greg M. Popowitz*
                  Eric N. Assouline (FBN 106143)
                  ena@assoulineberlowe.com
                  Greg M. Popowitz (FBN 70313)
                  gmp@assoulineberlowe.com

*Attorneys for Defendants*