UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:22-CV-80380-BER

CAPITOL RECORDS, LLC; and CAPITOL CMG, INC.,

      Plaintiffs,

v.

JULIA MELLERSKI (a/k/a JULIA MILLER, a/k/a J.L. MILLER, a/k/a JULIA OSSENMACHER); JOHN MARK OSSENMACHER; JASON JOHN OSSENMACHER; TRANSFER TRUST, LLC; and OWM, LLC,

      Defendants.

## JOINT NOTICE OF FILING PROPOSED CONSENT DECREE

Plaintiffs Capitol Records, LLC and Capitol CMG, Inc. (together, "Plaintiffs") and Defendants Julia Mellerski ("Mellerski"), John Mark Ossenmacher ("Ossenmacher Sr."), Jason John Ossenmacher ("Ossenmacher Jr."), Transfer Trust, LLC ("Transfer Trust") and OWM, LLC ("OWM", and collectively with Mellerski, Ossenmacher Sr., Ossenmacher Jr., and Transfer Trust, the "Defendants"), by and through their undersigned counsel, and pursuant to the Court's Order [DE 190] hereby file the attached proposed Consent Decree.

Dated: August 14, 2025

Respectfully submitted,

FOX ROTHSCHILD LLP
777 S. Flagler Drive, Ste. 1700—West Tower
West Palm Beach, FL 33401
Tel.: (561) 804-4419

By:    s/*Heather L. Ries*
       Heather L. Ries
       FBN: 581933
       hries@foxrothschild.com
       wpbeservice@foxrothschild.com

175622860.1

KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe St.
Chicago, IL 60661
Tel.: (312) 902-5665

By:   Terence G. Banich (admitted *pro hac vice*)
       Illinois Bar No.: 6269359
       terence.banich@katten.com

*Attorneys for Plaintiffs*
Capitol Records, LLC and Capitol CMG, Inc.


ASSOULINE & BERLOWE, P.A.
Miami Tower
100 SE 2nd Street, Suite 3105
Miami, FL 33131
Tel.: (305) 567-5576

By:    s/ Greg M. Popowitz
       Eric N. Assouline (FBN 106143)
       ena@assoulineberlowe.com
       Greg M. Popowitz (FBN 70313)
       gmp@assoulineberlowe.com

*Attorneys for Defendants*